AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>**JEFFREY CHAFFEE** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

4:18-MJ-103

_____
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 14, 2018_____ in the county of _____Warren_____ in the ____Southern____ District of ____Iowa____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(A) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other
reliable electronic means.

_Printed name and title_

Date: ____02/14/2018____

Benjamin Carter, Narcotics Investigator, DMPD

_____
_Judge's signature_

City and state: ____Des Moines, Iowa____

Celeste F. Bremer, United States Magistrate Judge

_Printed name and title_

2018 FEB 14  AM 10: 37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| ) | |
| ) | Case No.    4:18-MJ-103 |
| **AFFIDAVIT IN SUPPORT OF** ) | |
| **APPLICATION FOR CRIMINAL** ) | |
| **COMPLAINT** ) | |
| ) | |
| ) | **[FILED UNDER SEAL]** |

I, Benjamin Carter, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Narcotics Investigator within the Des Moines Police Department (DMPD)

Vice & Narcotics Control Section and have been so since April of 2015. Prior to my assignment

as a Narcotics Investigator, I held police officer positions within the following sections of the Des

Moines Police department: First Watch patrol (9pm-7am), Airport Unit, Special Assignment

Burglary detail, the Summer Enforcement Team, and the Metropolitan Special Tactics and

Response entry team. During my law enforcement career, I have participated in numerous

investigations involving the unlawful distribution of narcotics in violation of federal and state laws,

which led to arrests, convictions of violators, and seizures of narcotics and proceeds gained from

illegal activity. During the course of my duties, I have conducted or participated in physical and

electronic surveillance, undercover transactions, the execution of search warrants, debriefing of

informants, interviews of witnesses, and reviews of recorded conversations involving drug

trafficking activities. I am a graduate of the twenty-one (21) week Des Moines Police Academy

which commenced on December 5, 2008. I have also attended the following courses: Highway

Drug Investigations for Patrol, CTK-Interview & Interrogation, Writing Search Warrants, Tactical

Narcotics Techniques, and Physical Surveillance, and Clandestine Laboratory Investigations.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that Jeffrey CHAFFEE has committed a violation of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance).

### PROBABLE CAUSE

4.      On February 14, 2018, law enforcement officers executed a federal search warrant at a residence in the 400 block of North 1st Street, Carlisle, Iowa, the known residence of Jeffrey CHAFFEE.  The search warrant authorized the search of the property for evidence pertaining to controlled substances violations.

5.      A search of the residence yielded approximately $11,940 in U.S.C. currency, approximately 278 grams of methamphetamine in the garage of the residence, and approximately 14 grams of methamphetamine the den of the residence.

6.      CHAFFEE was present at the time of the search warrant and gave a post-*Miranda* statement to law enforcement officers.  CHAFFEE stated he possessed approximately six ounces of methamphetamine in the garage, and the U.S. currency was from sales of methamphetamine.

### CONCLUSION

7.      Based upon the foregoing facts, there is probable cause to believe that Jeffry CHAFFEE has committed violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance).

2

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____

Benjamin Carter, Narcotics Investigator
Des Moines Police Department

Subscribed and sworn to before me this 14th day of February, 2018.

_____

Celeste F. Bremer
United States Magistrate Judge

3