**United States District Court for the Southern District of Iowa**

Presiding: Honorable
Criminal No.                                     :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.

| | | |
|---|---|---|
| Gov. Atty(s): | : | Indictment    Superseding Indictment    Information |
| Def. Atty(s): | : | Complaint    Warrant |
| Court Reporter: | : | Code Violation/Offense: |
| Interpreter: | : | |

Date:                                                       :
Time Start:       Time End:                     :

<u>Initial Appearance</u>

   Defendant Advised of Rights
Representation:    Appointed FPD    Appointed CJA    Retained Counsel
Next Court Event:    Preliminary    Arraignment    Removal Hearing
        Set for:

<u>Arraignment</u>

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

<u>Custody Status</u>

   Government Moved for Detention        Detention Hearing Set:
Court Ordered Defendant:    Released on Bond    Detained

Minutes:

 

                                                                _____
                                                                         Deputy Clerk