IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY CHAFFEE,<br><br>        Defendant. | **No. 4:18-cr-00026-RGE-CFB**<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

On May 22, 2018, a Superseding Indictment was filed against Defendant Jeffrey Chaffee,

charging him with Conspiracy to Distribute Methamphetamine, in violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(A), and 846 (Count 1), Possession with Intent to

Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B) (Count 7), and Possession of Firearm in Furtherance of Drug Trafficking Crime, in

violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count 8). On July 30, 2018,

Defendant appeared before Recalled United States Magistrate Judge Ross A. Walters and entered

a plea of guilty to Count 1 of the Superseding Indictment. On this same date, the magistrate judge

filed a Report and Recommendation, which recommends that Defendant's guilty plea be accepted.

No objections to the Report and Recommendation were filed. The Court, therefore, undertakes the

necessary review of the recommendation to accept Defendant's plea in this case.

The standard of review for a magistrate judge's Report and Recommendation is as follows:

A judge of the court shall make a de novo determination of those portions of the
report or specified proposed findings or recommendation to which objection is
made. A judge of the court may accept, reject, or modify, in whole or in part, the
findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon

review of the Report and Recommendation that there is no ground to reject or modify the Report

and Recommendation. Therefore, the Court accepts the Report and Recommendation of July 30, 2018, and accepts Defendant's plea of guilty in this case to Count 1 of the Superseding Indictment.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2018.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE