AO 245B (Rev. 02/18) Judgment in a C...
v1    Sheet 2 — Imprisonment

DEFENDANT: Jeffrey Chaffee
CASE NUMBER: 4:18-CR-00026-004

Judgment Page: 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
78 months as to Count One of the Superseding Indictment filed on May 22, 2018.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to a suitable federal medical facility. The Court further recommends the defendant be afforded the opportunity to participate in the 500-hour Residential Drug Abuse Treatment Program (RDAP).

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __1-31-2019__ to __SCP Mann__

at __Manon IL__, with a certified copy of this judgment.

_B. True Warden_
~~UNITED STATES MARSHAL~~

By __K Beckell -CSO__
~~DEPUTY UNITED STATES MARSHAL~~